IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-10931
Summary Calendar
_____


THOMAS GIL STEWART,

                                    Plaintiff-Appellant,

versus


and

MESQUITE, TX., CITY OF;
WILLIAM SIPES, Officer,
UNNAMED JAILERS,

                                    Defendants-Appellees.


---------------------

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:94-CV-0877-T
-----------------------
July 6, 1998
Before DUHÉ, DeMOSS, and DENNIS, Circuit Judges.

PER CURIAM:[*]

     Thomas Gil Stewart (Texas prisoner # 571499) appeals from the
district court's dismissal of his suit for failure to comply with
a court order that he cease filing scandalous materials.   The
district court did not abuse its discretion in dismissing Stewart's
suit.   *Berry v. CIGNA/RSI-CIGNA*, 975 F.2d 1188, 1190-91 (5th Cir.

_____

     [*]Pursuant to Local Rule 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in Local Rule 47.5.4.

1992). This appeal lacks arguable merit and is, therefore, frivolous. *Howard v. King*, 707 F.2d 215, 219-20 (5th Cir. 1983). It is DISMISSED as such. Stewart's multiple outstanding motions are DENIED as moot. The Appellees' motion for sanction is GRANTED. Stewart is BARRED from filing any pleadings or documents of any kind, either in the district courts of this circuit or in this court, without advance written permission of a judge of the forum court. Any attempt by Stewart to file frivolous pleadings in the future will result in further sanctions.

APPEAL DISMISSED; STEWART'S MOTIONS DENIED AS MOOT; APPELLEES' MOTION FOR SANCTIONS GRANTED; BAR TO FILINGS RAISED.